

Pl.['s] Decl. Ex. 1



Pl.['s] Decl. Ex. 2



Pl.['s] Decl. Ex. 3