

Exhibit 4

# Southeast Bully Kennels

106K likes • 115K followers

Posts    About    Reels    Photos    Videos

### Intro

Home of Block Bloodline, the #1 rated Bully breeder, producing top-quality pocket & micro bullies

Page · Local business

Waxhaw, NC, United States, North Carolina

(704) 490-2520

**Log in or sign up for Facebook to connect with friends, famil…**

Log In    or    Create new account